# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case Number: 5:08-CR-71 (HL)** |
| : | |
| **LUIS ALCARAZ MEDINA,** : | |
| : | |
| Defendant. : | |

_____

## ORDER

The trial of this case, presently scheduled to begin April 20, 2009 in Valdosta, is hereby continued until the next scheduled term of court. The Pre-Trial Conference, presently scheduled for April 8, 2009, is also continued. The Court continues this case based on a request by the Defendant's counsel. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 7th day of April, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**