# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case Number: 5:08-CR-71 (HL) |
| : | |
| **JOEL MICHEL GUTIERREZ,** : | |
| : | |
| Defendant. : | |

_____

## **ORDER**

The trial of this case, presently scheduled to begin July 6, 2009 in Valdosta , is hereby continued until the next regularly-scheduled Macon trial term. The Pre-Trial Conference, presently scheduled for June 29, 2009, is also continued. The Court continues this case based on a request by the Defense counsel and agreed to by the Government. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 20th day of May, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**